UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>REVLON, INC., REVLON CONSUMER PRODUCTS CORPORATION, BEAUTYGE I, BEAUTYGE II, LLC, BRANDCO ALMAY 2020 LLC, BRANDCO CHARLIE 2020 LLC, BRANDCO CND 2020 LLC, BRANDCO CURVE 2020 LLC, BRANDCO ELIZABETH ARDEN 2020 LLC, BRANDCO GIORGIO BEVERLY HILLS 2020 LLC, BRANDCO HALSTON 2020 LLC, BRANDCO JEAN NATE 2020 LLC, BRANDCO MITCHUM 2020 LLC, BRANDCO MULTICULTURAL GROUP 2020 LLC, BRANDCO PS 2020 LLC, BRANDCO WHITE SHOULDERS 2020 LLC, CITIBANK, N.A., JEFFERIES FINANCE LLC, JEFFERIES LLC, ARES CORPORATE OPPORTUNITIES FUND V, L.P., ASOF HOLDINGS II, L.P., ASSF IV AIV B HOLDINGS III, L.P., and "JOHN DOES," numbers 1 through 25, fictitiously named parties, true names being unknown, the parties intended being lenders to Revlon Consumer Products Corporation under the 2020 BrandCo Credit Agreement,<br><br>*Defendants*. | 20 Civ. 6352 (LGS)<br><br>So Ordered.<br><br>Dated: November 9, 2020<br>New York, New York<br><br>*[signature]*<br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff UMB Bank, National Association hereby dismisses *without prejudice* the complaint filed in the above-captioned action for the reasons described in Dkt. No. 15. Plaintiff reserves all rights, including, without limitation, to recommence this suit for the benefit of any term lenders whose loans have not been discharged for value. *See Banque Worms v. BankAmerica Int'l*, 77 N.Y.2d 362 (1991);

10034-00001/12401271.1

*Banque Worms v. BankAmerica Int'l.*, 928 F.2d 538 (2d Cir. 1991), *aff'ing* 726 F. Supp. 940 (S.D.N.Y. 1989). Defendants have not served either an answer or a motion for summary judgment.

DATED: November 6, 2020

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By  */s/ Benjamin I. Finestone*
Michael Carlinsky
Robert Loigman
Benjamin Finestone
Adam M. Abensohn
Anil Makhijani
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
robertloigman@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
adamabensohn@quinnemanuel.com
anilmakhijani@quinnemanuel.com

*Attorneys for UMB Bank, National Association*